UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTER FOR COMMUNITY JUSTICE
AND ADVOCACY,

       Plaintiff,                     Civil Action No.
                                       10-CV-10011

vs.

                                       PAUL D. BORMAN
RBS CITIZENS, NA, et al.,         UNITED STATES DISTRICT JUDGE

       Defendants.
_____/

## ORDER REQUIRING SUPPLEMENTAL FILING

Within ten days of today's date, Plaintiff shall file (1) a copy of its incorporation papers as a non-profit organization and (2) a copy of its most recent non-profit filings with the federal and state governments.

       SO ORDERED.


                                              S/Paul D. Borman
                                              PAUL D. BORMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  January 11, 2010

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 11, 2010.

                                               S/Denise Goodine
                                               Case Manager