UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CENTER FOR COMMUNITY JUSTICE
AND ADVOCACY,

       Plaintiff,                               Civil Action No.
                                            10-CV-10011
vs.
                                            PAUL D. BORMAN
RBS CITIZENS, NA, et al.,                UNITED STATES DISTRICT JUDGE

       Defendants.
_____/

## **ORDER DENYING AS MOOT PLAINTIFF'S APPLICATION FOR APPOINTMENT OF COUNSEL**

Before the Court is Plaintiff's Application for Appointment of Counsel, filed on January 4, 2010. *See* docket entry 3. The docket sheet in this case reflects that on February 19, 2010, Attorney Vanessa G. Fluker filed an appearance on behalf of Plaintiff, *see* docket entry 10, and on March 30, 2010, Ms. Fluker filed an Amended Complaint on behalf of her client. *See* docket entry 11. Therefore, Plaintiff's Application for Appointment of Counsel is denied as moot.

      SO ORDERED.


                                                     S/Paul D. Borman
                                                     PAUL D. BORMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated: May 19, 2010


CERTIFICATE OF SERVICE

1

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 19, 2010.

                                        S/Denise Goodine
                                        Case Manager